UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RASHOD VONTE MOORE | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:23-CV-1525-M-RN |
| NEW HANOVER COUNTY JAIL | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 16, 2024, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED.

**This judgment Filed and Entered on February 16, 2024, and Copies To:**
Rashod Vonte Moore (via US mail) 433 Crimson Court, Wilmington, NC 28405
Frederick Hughes Bailey, III (via CM/ECF Notice of Electronic Filing)


February 16, 2024                    PETER A. MOORE, JR., CLERK

                                       /s/Sandra K. Collins
                                     (By)Sandra K. Collins, Deputy Clerk